AMY STRAUS, Respondent, v. CHARLES AUGUSTUS KURRAS, Appellant.— Order, in so far as it strikes out the first and fourth defenses contained in the answer, affirmed, with ten dollars costs and disbursements.  No opinion.  If so advised, defendant may serve amended answer, setting up the defense of fraud, within ten days from the entry of the order hereon.  Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., concurs in the striking out of the fourth defense, which sets up lack of consideration, but dissents from the striking out of the first defense, with the following memorandum: The contract with the father based upon an express promise to support his infant child is a continuing contract and liability to pay accrues at the end of the agreed term.  Where an abandoned infant child receives support, one who furnishes necessaries for such support has a cause of action against the father, as the law implies a promise on the part of the father to pay for the support.  The implication necessarily arises immediately upon the rendition of each service to the child.  In such case, there is no continuing obligation.

## (April 8, 1938.)

JOHN E. BANE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

FLORENCE CAESAR, Respondent, v. GEORGE H. FLINN CORPORATION, Defendant; ARANOW & ARANOW, Appellants.— The motion is referred to the court that rendered the decision on the appeal.  Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.  Upon appeal from an order of substitution of attorneys, motion for reargument granted, and on reargument the decision of this court handed down on March 25, 1938 [ante, p. 582], is hereby amended to read as follows: Order modified by inserting in the third ordering paragraph between the words " upon service of a copy of this order " and " and it is further " the following: " and upon payment of the reasonable value of their services as determined in the manner hereinafter provided for; " and by striking out the last ordering paragraph and inserting in its place the following: " Ordered that the matter of the reasonable value of the services of Aranow & Aranow, Esqs., together with amount of disbursements actually expended by them in the prosecution of the above entitled action on behalf of plaintiff, be referred to an official referee for hearing and determination, to which amount as so determined, the charging lien of Aranow & Aranow, Esqs., shall attach."  As so modified, the order is affirmed, without costs, but with disbursements to appellants.  No opinion.  Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

MAUREEN CAMPBELL, an Infant, by CATHERINE CAMPBELL, Her Guardian ad Litem, Respondent, v. PEARL RESNICK, Appellant.— Motion for reargument denied, without costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.